

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 30 2008

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA :
: CRIMINAL INFORMATION
v. :
: NO. 1:08-CR-424-JEC
ARTHUR B. TESLER :

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
(Conspiracy Against Civil Rights)

Beginning on a date unknown to the government but before January 2006, and continuing until on or about January 4, 2007, in the Northern District of Georgia, the defendant, ARTHUR B. TESLER, did willfully combine, conspire, and agree with Gregg Junnier and Jason R. Smith, all three of whom were employed as Atlanta Police Department officers and acting under color of law, to injure, oppress, threaten, and intimidate citizens in the City of Atlanta, Georgia, in the free exercise and enjoyment of a right secured to those citizens by the Constitution and laws of the United States, namely, the right to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, the acts committed in furtherance thereof resulting in the death of Kathyrn Johnston on November 21, 2006.

All in violation of Title 18, United States Code, Section 241.

[Signatures on following page.]

DAVID E. NAHMIAS
UNITED STATES ATTORNEY
Georgia Bar No. 534106

JON-PETER F. KELLY
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 142134

75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6000

GRACE CHUNG BECKER
ACTING ASSISTANT ATTORNEY GENERAL

PAIGE M. FITZGERALD
SPECIAL LITIGATION COUNSEL
CRIMINAL SECTION
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 514-4609